IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0142-CV-W-GAF |
| | ) | |
| SE CHUN PAK, YONG HWAN PAK, | ) | |
| DEVINNE L. LOPEZ-CISNEROS and | ) | |
| PAK'S ACADEMY OF TAE KWON | ) | |
| DO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now before the Court is the Joint Motion for Dismissal With Prejudice filed by Plaintiff and Defendant Devinne L. Lopez-Cisneros. Accordingly, it is

ORDERED that the all claims against all parties, including the Counterclaim, in the above referenced case are dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

                                                  s/ Gary A. Fenner
                                                  Gary A. Fenner, Judge
                                                  United States District Court

DATED: November 12, 2009